

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-13-00190-CR

**IN RE CHARLES ROBERT BLAKE**

**Original Proceeding**

**MEMORANDUM  OPINION**

This original proceeding, in which the pro se relator seeks habeas corpus relief in the form of pretrial bail reduction, is dismissed for lack of jurisdiction because this court lacks original habeas corpus jurisdiction in criminal law matters.[1]  *Ex parte Hearon*, 3 S.W.3d 650, 650 (Tex. App.—Waco 1999, orig. proceeding); *see* TEX. GOV'T CODE ANN. § 22.221(d) (West 2004) (providing appellate-court jurisdiction to issue habeas corpus writ only in an underlying civil case).

---

[1] The petition for writ of habeas corpus lacks proof of service.  A copy of all documents presented to the Court must be served *on all parties* (*e.g.*, the trial court and the district attorney) and must contain proof of service.  TEX. R. APP. P. 9.5, 52.2.  The petition also lacks most of the required contents.  *Id.* 52.3, 52.7.   To expedite this matter, we implement Rule of Appellate Procedure 2 to suspend these requirements.  *Id.* 2.

                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed June 27, 2013
Do not publish
[CR25]